**FILED: 10-17-2012**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Trustees of the Operating Engineers Pension Trust, et. al*,

        **Plaintiffs,**

    v.

*William S. Elmore*,

        **Defendant.**

**CASE NO. CV 12-1936-GHK (Ex)**

**JUDGMENT**

Pursuant to the Court's October 17, 2012 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiffs against Defendant William S. Elmore in the following amounts: (1) $13,856.92 for unpaid contributions, prejudgment interest, and liquidated damages under ERISA; (2) $38,423.52 in damages for breach of the settlement agreement; (3) $350 for audit fees, as provided in the Master Labor Agreement; (4) $667.54 in costs; and (5) $17,052.50 in attorneys' fees.

    **IT IS SO ORDERED**.

    DATED: October 17, 2012

                                              _____
                                              GEORGE H. KING
                                          Chief United States District Judge