**FILED: 10-17-2012**

JS - 6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

***Trustees of the Operating Engineers Pension Trust, et. al,***

**Plaintiffs,**

**v.**

***William S. Elmore,***

**Defendant.**

**CASE NO. CV 12-1936-GHK (Ex)**

**JUDGMENT**

Pursuant to the Court's October 17, 2012 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiffs against Defendant William S. Elmore in the following amounts: (1) $13,856.92 for unpaid contributions, prejudgment interest, and liquidated damages under ERISA; (2) $38,423.52 in damages for breach of the settlement agreement; (3) $350 for audit fees, as provided in the Master Labor Agreement; (4) $667.54 in costs; and (5) $17,052.50 in attorneys' fees.

**IT IS SO ORDERED**.

DATED: October 17, 2012

GEORGE H. KING
Chief United States District Judge