FILED
CLERK, U.S. DISTRICT COURT

SEP 19 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, | CASE NO.: CV 12-01936 GHK (Ex) ASSIGNED TO THE HONORABLE JUDGE GEORGE H. KING |
| Plaintiffs, | [PROPOSED] AMENDED JUDGMENT |
| v. | |
| WILLIAM S. ELMORE, an individual doing business as "TEMCO", and TWIN PEAKS STORAGE LLC, a California Limited Liability Company, | |
| Defendants. | |

Plaintiffs' motion for default judgment came on regularly for hearing on October 1, 2012, in the above-referenced Court, the Honorable George H. King, United States District Judge, presiding. Jacqueline L. Sugarman of Laquer, Urban, Clifford & Hodge LLP appeared as attorney for all plaintiffs.

1   After full consideration of the evidence and authorities submitted by counsel,
2   and for good cause shown:
3   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs,
4   Trustees of the Operating Engineers Pension Trust, Trustees of the Operating
5   Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-
6   Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall
7   recover from defendant William S. Elmore, an individual doing business as "Temco",
8   and Twin Peaks Storage LLC, a California Limited Liability Company, the principal
9   amount of $56,442.13, plus attorneys' fees of $22,782.00 and costs of $667.54, plus
10  post-judgment interest as provided by law from October 17, 2012, until the judgment
11  is paid in full.

13  Dated: 9/19/14

        _____
        UNITED STATES DISTRICT JUDGE